## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MICHAEL G. PICKENS                                                          PLAINTIFF

v.                                   5:15-CV-00030-BRW

WENDY KELLY                                                              DEFENDANT

### <u>ORDER</u>

Pending is Defendant's Motion for Certificate of Appealability.

The standard for evaluating a certificate of appealability petition is set out in 28 U.S.C. §
2253(c)(2): "A certificate of appealability may issue . . . only if the applicant has made a
substantial showing of the denial of a constitutional right."  The Eighth Circuit has explained
that "[a] substantial showing is a showing that issues are debatable among reasonable jurists, a
court could resolve the issues differently, or the issues deserve further proceedings."[1]

Since Defendant has not made a substantial showing of the denial of any constitutional
right, the Motion for Certificate of Appealability is DENIED.

The motion to appeal *in forma pauperis* (Doc. No. 46) is DENIED.  This case was closed
over seven years ago.

IT IS SO ORDERED this 15th day of May, 2023.


Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]*Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997).